UNITED STATES BANKRUPTCY COURT        ID # 11-2848371
EASTERN DISTRICT OF NEW YORK
_____x
In re:  James C. Meselsohn                Case No. 05-33254-jf
(ss#  xxx-xx-7332)                        Chapter 7
                Debtor(s).
_____x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

James C. Meselsohn, undersigned debtor herein, swear as follows:

1. Debtors filed a petition under chapter <u>7</u> of the Bankruptcy Code on <u>10/15/05</u>.

2. Filed herewith is an amendment to **Schedule B and Summary of Schedules** [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s).  The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [*If creditor records have be added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: <u>February 3, 2006</u>               _____/s/_____
                                                      James C. Meselsohn, Debtor

Sworn to before me this <u>3</u>
day of<u> February </u>, 200<u>6</u>
_____/s/_____
Fabiany Fonseca, Commission of Deeds
City of New York –No. 5-1654
Certificate Filed in New York County
Commission Expires March 1, 2007

**Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.**
If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability.  This motion will be deemed granted without a hearing if no objection if filed with the Court and served on debtor within 10 days following filing proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

UNITED STATES BANKRUPTCY COURT    ID # 11-2848371
EASTERN DISTRICT OF NEW YORK
_____x
In re:  James C. Meselsohn    Case No. 05-33254-jf
(ss#  xxx-xx-7332)    **APPLICATION TO AMEND**
    **SCHEDULE B AND SUMMARY**
    **OF SCHEDULES.**
        Debtor(s).    Chapter 7
_____x

To:    Honorable Jerome Feller,   United States Bankruptcy Judge

    The application of James C. Meselsohn respectfully allege:

1.    That I filed a petition for relief under Chapter 7 of the Bankruptcy Code on October 15, 2005.

2.    The First Scheduled 341 hearing was scheduled for February 3, 2006.  The last date to file a complaint objecting to discharge of the debtor or to determine dischargeability of certain types of debts is April 4, 2006.

3.    In said petition, the Debtor seeks to amend Schedule B of the Debtor's bankruptcy petition to reflect the following:

    a)    Potential lawsuit against First National Collection Bureau, Inc. – potential recovery to Debtor: $0.00 to $1,000.00 in statutory damages, plus any actual damages, reasonable attorney fees, and costs. Statute of Limitations Expires: August 15, 2006.
    b)    Potential lawsuit against Law Office of Jeffrey G. Lerman, P.C., and Jeffrey G. Lerman – potential recovery to Debtor: $0.00 to $1,000.00 in statutory damages, plus any actual damages, reasonable attorney fees, and costs.  Statute of Limitations Expires: August 18, 2006.

4.    Further in said petition, the Debtor seeks to amend the Summary of Schedules to reflect the above stated amendments.

5.    These omissions were inadvertent and not deliberate.

    **WHEREFORE**, applicants amend their bankruptcy petition to reflect the above-stated amendment.

Dated: Brooklyn, New York
     February 3, 2006

                              _____/s/_____
                              James C. Meselsohn, Debtor

## **VERIFICATION**

STATE OF NEW YORK    )
             )  ss.:
COUNTY OF KINGS    )

     I, James C. Meselsohn, being duly sworn, depose and say that: I am the Debtor in the within action; I have read the foregoing application to amend my petition and know the contents thereof, which are true to my knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

                                            _____/S/_____
                                                  James C. Meselsohn

Subscribed and sworn to before me
on February 3, 2006.

_____/s/_____
Fabiany Fonseca, Commission of Deeds
City of New York –No. 5-1654
Certificate Filed in New York County
Commission Expires March 1, 2007

UNITED STATES BANKRUPTCY COURT  ID # 11-2848371
EASTERN DISTRICT OF NEW YORK
_____x
In re:  James C. Meselsohn  Case No. 05-33254-jf
(ss#  xxx-xx-7332)  **AFFIDAVIT OF MAILING**

Chapter 7

                              Debtor(s).
_____x

STATE OF NEW YORK)
                 )ss:.
COUNTY OF KINGS     )

### AFFIDAVIT OF MAILING

     I, Regina Mikhaylova, being duly sworn, depose and say that:  I am not a party to the within action;  I am over 18 years of age;  I reside at Brooklyn, New York;  and on 3rd day of February, 2006, I served the annexed **APPLICATION TO AMEND SCHEDULE B AND SUMMARY OF SCHEDULES** upon the following:

OFFICE OF THE U.S. TRUSTEE
BROOKLYN DIVISION
33 WHITEHALL STREET, 22 FLOOR
NEW YORK, NEW YORK 10004

DAVID J. DOYAGA
16 COURT STREET, STE. 2300
BROOKLYN, NEW YORK 11241

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090

ASSOC CRDIT SERVICE
PO BOX 5171
WESTBORO, MA 01581

CAPITAL ONE
PO BOX 85167
RICHMOND, VIRGINIA 23285-5167

CHASE MANHATTAN BANK
PO BOX 15129
WILMINGTON, DE  19850-5129

FIRST NATIONAL COLLECTION BUREAU, INC.
3631 WARREN WAY
RENO, NV 89509

FIRST USA BANK
1001 JEFFERSON PLAZA
WILMINGTON, DE 19701

GREAT SENECA FINANCIAL CORP
39 LEWIS STREET
GREENWICH, CT 06830

HAIR CLUB FOR MEN
1110 SOUTH AVENUE
STATEN ISLAND, NY 10314

HOUSEHOLD BANK
PO BOX 80084
SALINAS CA 93912-0084

JEFFERSON CAPITAL SYSTEMS, LLC
16 MCLELAND ROAD
ST CLOUD MN 56303

LAW OFFICE OF JEFFREY G. LERMAN, P.C.
170 OLD COUNTRY ROAD, STE 600
MINEOLA, NY 11501

LAW OFFICES OF COHEN & SLAMOWITZ, LLP
P.O. BOX 9004
WOODBURY, NY 11797-9004

MACYS
PO BOX 29116
SHAWNEE MISSION, KS 66201

MIDLAND CREDIT MANAGEMENT
8875 AERO DR
SAN DIEGO, CA 92123

MIDLAND CREDIT MANAGEMENT, INC
8875 AERO DR
SAN DIEGO, CA 92123

MRC RECEIVABLES ACCOUNT

C/O JEFFERSON CAPITAL SYSTEMS
16 MCLELAND ROAD
ST. CLOUD, MN 56303

NEW YORK METHODIST HOSPITAL
506 SIXTH STREET
BOX 159008
BROOKLYN, NY 11215-9008

OMNIPOINT COMMUNICATION
C/O SUPERIOR ASSET MANAGEMENT
18167 US HIGHWAY, 19N STREET
CLEARWATER, FL 33764

PARK SLOPE EMERGENCY
PO BOX 681 VAN BRUNT STATION
BROOKLYN, NY 11215

PAUL MICHAEL MARKETING
18609 UNION TPKE
FLUSHING, NY 11366

PORTFOLIO RECVRY
120 CORPORATE BLVD STE 1
NORFOLK, VA 23502

PROFESSIONAL CLAIMS BUREAU, INC
PO BOX 9060
HICKSVILLE, NY 11802-9060

SEARS
PO BOX 182532
COLUMBUS, OH 43218-2532

SHIEL MEDICAL LABORATORY
63 FLUSHINF AVENUE, UNIT 336
BROOKLYN, NY 11205-1083

SUPERIOR ASSET MANAGEM
18167 US HIGHWAY 19 N ST
CLEARWATER, FL 33764

SUPERIOR ASSET MANAGEMENT
PO BOX 6740
CLEARWATER  FL  33758-6740

VOICESTREAM WIRELESS
PO BOX 742596
CINCINNATI  OH  45274-2596


; by depositing said document in a proper wrapper with proper postage in the exclusive care and custody of the U.S. Postal Service within the State of New York, by first class mail.


   These are the proper parties for service pursuant to the Federal Rules of bankruptcy procedures and all the parties necessary to be served.


               _____/S/_____
                Name: Regina Mikhaylova

Subscribed and sworn to before me
on February 3, 2006.

_____/s/_____
Fabiany Fonseca, Commission of Deeds
City of New York –No. 5-1654
Certificate Filed in New York County
Commission Expires March 1, 2007